**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                          In Replying Give Number
Clerk                                                               Of Case and Names of Parties

November 15, 2024

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **March 31, 2025, IN MIAMI, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor
--------------------------------------------------------------------------------------------------------------------------
***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #12.***

| | |
|---|---|
| 23-11114 | United States v. Steven Morgan (REVISED ARGUMENT DATE) |
| 22-11182 | Manuel Balbin v. Alexis Johnson (REVISED ARGUMENT DATE) |
| 23-13753 | Chanon Miller v. Juan Ramirez, et al. |
| 22-13963 | United States v. Shadon Edwards |
| 23-10215 | Reginald Bertram Johnson v. Secretary, Florida Department of Corrections, et al. |
| 23-13678 | Francisco Marmoi, et al. v. Kalonymus Development Partners, LLC |
| 23-11985 | AST & Science LLC v. Delclaux Partners SA |
| 24-10007 | Sunshine State Regional Center, Inc. v. Director, US Citizenship and Immigration Services |
| 24-10263 | Bidi Vapor LLC v. U.S. Food and Drug Administration |
| 24-10259 | JF v. Carnival Corporation |
| 23-12241 | Sharon Gallimore v. City of Opa-Locka, Florida |
| 24-10335 | Sweet Additions Ingredient Processors, LLC v. Meelunie America, Inc. |
| 24-10563 | Fannie Wright v. Commissioner of Internal Revenue |
| 23-13879 | UBS Financial Services, Incorporated v. David Efron |
| 23-13508 | John Labriola v. Miami-Dade County |